# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DEREK WAYNE MOORE, on behalf of himself and all other similarly situated, | CASE NO. 4: 12 CV00792 |
| Plaintiff, | JUDGE DONALD C. NUGENT<br>MAGISTRATE JUDGE BAUGHMAN |
| v. | **JUDGMENT** |
| FIRST ADVANTAGE ENTERPRISE SCREENING CORPORATION, | |
| and | |
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., | |
| Defendants. | |

For the reasons stated in the Court's contemporaneous Memorandum Opinion and Order, summary judgment is entered in favor of Defendants and against Plaintiff. Additionally, the putative class claim is dismissed.

**IT IS SO ORDERED.**

                                                s/Donald C. Nugent
                                                **DONALD C. NUGENT**
                                                **UNITED STATES DISTRICT JUDGE**

**DATED:** April 17, 2013